UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
NORTHERN DIVISION AT KNOXVILLE

| | |
|---|---|
| First Mercury Insurance Company, | ) |
| *Plaintiff*, | ) ) ) ) |
| v. | ) No.: 3:14-CV-256-PLR-CCS |
| SWS, LLC d/b/a Secure Watch d/b/a Secure Automation, LLC, *et al.*, | ) ) ) ) |
| *Defendants.* | ) |

## Judgment Order

For the reasons stated in the memorandum opinion filed contemporaneously herewith, the plaintiff's motion to remand [R. 8] is **Granted**. This case is **Remanded** to the **Chancery Court** for **Knox County, Tennessee**.

**IT IS SO ORDERED**.

_____
**UNITED STATES DISTRICT JUDGE**